UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHANNON T. BOYLE,

    Plaintiff,

v.

UNITED STATES ATTORNEY GENERAL,
et al.,

    Defendants.
_____/

Case No. 2:25-cv-173

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on July 22, 2025. Defendants U.S. Attorney General and AUSA Alexis Sanford filed a motion to dismiss. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 25, 2025, recommending that this Court dismiss the case due to a lack of subject matter jurisdiction. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED.

**IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 4) is DISMISSED AS MOOT.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

    A Judgment will be entered consistent with this Order.

Dated:  January 2, 2026                          /s/  Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge