UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHANNON T. BOYLE,

    Plaintiff,

v.

UNITED STATES ATTORNEY GENERAL,
et al.,

    Defendants.
_____/

Case No. 2:25-cv-173

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: January 2, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge